UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                       Plaintiff,

vs.                                         Case Number: 19-cr-00009-GKF

Hongjin Tan,                               Date: 1-24-2019
                      Defendant(s).      Court Time: 2:00 p.m.

## MINUTE SHEET - ARRAIGNMENT

Paul J. Cleary, U.S. Magistrate Judge      S. Cope, Deputy Clerk      C1, Reporter

Counsel for Plaintiff: Joel-lyn McCormick
Counsel for Defendant: Ryan Ray, Ret.
Interpreter: _____; [] sworn

Defendant appears in person for Arraignment on: [x] Indictment; [] Information; [] Complaint;
                                    [x] with Counsel; [] Counsel waived; [] w/o Counsel;
[x] Defendant acknowledges receipt of Indictment. Indictment: [] Read; [] Reading waived;
[x] Defendant advised of charge;
Defendant's name as reflected in the Indictment;
      [] Verified in open court as the true and correct legal name;
      [] Corrected by interlineation to _____
         to reflect Defendant's true and correct legal name and all previous filings are amended by interlineation to reflect same.
      [] Unable to verify in open court as the true and correct legal name: [] U.S. Attorney; [] Deft's Attorney to verify and advise court;

[x] Arraignment held and Defendant pleads Not Guilty; Court accepts plea [x] Schedule to be entered;
Defendant waives: [] Indictment; [] Detention Hearing; [] Separate Representation; [] Waivers approved by Court;

[] Arraignment continued to: _____ at _____ a.m./p.m.
[] Detention Hearing scheduled: _____ at _____ a.m./p.m.
[] Defendant allowed to stand on present bond;   [] Government stipulates, findings made
[x] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** _____
_____
_____
_____

Minute Sheet - Arraignment                                                                                                CR-01-Mag (9/14)