UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,

    Plaintiff,

Case Number: 19-cr-09-GKF

vs.

Date: 11-12-2019
Court Time: 9:30 a.m.
Actual Court Time: 9:37 - 10:29 a.m.

Hongjin Tan,
    Defendant(s).

**MINUTE SHEET - CHANGE of PLEA**

Gregory K. Frizzell, U.S. District Judge     K. Perkins, Deputy Clerk     Brian Neil, Reporter

Counsel for Plaintiff: Joel-lyn A. McCormick, Trent Shores, Matthew McKenzie

Counsel for Defendant: Ryan Ray, Ret.

USPO: Sean Dooley

Age of Defendant: __36__

Defendant appears in person:  [x] with Counsel;  [] Counsel waived;  [] w/o Counsel; Defendant:  [x] Sworn;

Defendant's name as reflected in the Indictment verified in open court as the true and correct legal name

[x] Defendant acknowledges receipt of Indictment

Defendant waives:  [] Indictment;  [x] Jury Trial;  [] Speedy Trial;  [] 30 Days Preparation;  [] Separate Representation;

    [x] Waivers approved by Court;

Defendant advised of charge; Indictment:  [] Read   [x] Reading waived in Petition

[x] Defendant relates facts of charge

[x] Defendant withdraws not guilty pleas as to Counts  _1 - 3_  of the Indictment and Defendant enters guilty pleas as to those counts

[x] Petition to enter plea of Guilty sworn and executed

[] Findings re: Plea Agreement made;   [x] Findings re: Plea Agreement reserved

[x] Defendant adjudged guilty as charged as to Counts  _1 - 3_  of the Indictment

[x] Petition  [x] and Plea Agreement approved and filed in open Court   [x] PSI ordered

[x] SENTENCING SET  **February 12, 2020 at 9:30 a.m.**

[x] Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**   Parties agree the pending motions at Doc. 93 and 96 are now moot.