IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
vs.                             )   Case No. 19-CR-9-GKF
                                )
HONGJIN TAN,                    )
                                )
    Defendant.                  )

**AFFIDAVIT REGARDING APPEAL**

STATE OF OKLAHOMA      )
                       )  SS.
COUNTY OF TULSA        )

I, Ryan A. Ray, after first being duly sworn, hereby depose and state:

1. I am a shareholder and director of the law firm of Norman Wohlgemuth Chandler Jeter Barnett & Ray, P.C. I have served as Hongjin Tan's counsel in this matter at all times since January 3, 2019. I have been a member of the bar of the Supreme Court of Oklahoma since 2008. In addition, I am admitted to practice before all federal district courts in Oklahoma, the Tenth Circuit Court of Appeals, the Sixth Circuit Court of Appeals, the United States Tax Court, and the United States Supreme Court.

2. This Affidavit is being submitted consistent with the Court's directive at the February 27, 2020 sentencing hearing in this matter.

3. On March 10, 2020, I visited Hongjin Tan in the Tulsa County Jail, and I had visited with Mr. Tan subsequent to the sentencing on several prior occasions.

4. During the visit, I explained to Mr. Tan his unconditional right to file a notice of appeal should he wish to do so. I also discussed with Mr. Tan the waiver of appellate rights contained in his plea agreement.

5. Mr. Tan informed me that he does not wish to pursue an appeal in this matter.

6. I personally witnessed Mr. Tan sign the statement below, after discussing the matters referred to above with him.

7. It is my good-faith belief that Mr. Tan understands the right to appeal and the appellate-waiver provisions of his plea agreement, and does not wish to appeal.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Ryan A. Ray

Subscribed and sworn before me this 11th day of March, 2020.

_____
Notary Public

My Commission Expires: 10/3/2021

No. 05009223



- 3 -

    I, Hongjin Tan, do hereby acknowledge that my attorney, Ryan A. Ray, has discussed with me my right to pursue an appeal of the Court's Judgment upon me. My personal decision is that I do not wish to appeal the Judgment in this case.

                                                                           */s/ Hongjin Tan*
                                                                           Hongjin Tan